UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.26 ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF MIAMI-DADE,
STATE OF FLORIDA; and EL MUNECO
TRUST DATED APRIL 4, 2011,
AYLSWORTH & AYLSWORTH, LLP
TRUSTEE, and UNKNOWN OWNERS,

    Defendants.
_____/

TRACT NO. 416-44
(EAST EVERGLADES)

## COMPLAINT IN CONDEMNATION
## PURSUANT TO DECLARATION OF TAKING

1.    Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby brings this action to take property, at the request of HORACE G. CLARK, Regional Solicitor, Southeast Region, United States Department of the Interior, for the taking of 1.26 Acres of Land, More or Less, Situated in Miami-Dade County, Florida, under the power of eminent domain, by and through the Declaration of Taking executed by HORACE G. CLARK, and for the ascertainment and award of just compensation to the owners and parties in interest.

2.    The authority for the taking of the land is stated in Schedule A, attached hereto.

3.    The public uses for which the land is taken are stated in Schedule A, attached hereto.

4. The property taken, the estates to be taken and the names and addresses of persons having or claiming an interest in the property are contained in Schedules B and C attached hereto.

5. A plat showing the land taken is attached as Schedule D.

6. Local and State taxing authorities may have, or claim, an interest in the property by reason of taxes and assessments.

7. In addition to the persons named, there are, or may be, others who have or may claim some interest in the property taken, whose names are unknown to the Plaintiff; such persons are, hereby, made parties to the action under the designation, "UNKNOWN OWNERS."

**WHEREFORE**, Plaintiff prays that this Court order that the property be condemned, pursuant to both the Declaration of Taking filed with this Complaint and the Declaration of Taking Act, 40 U.S.C. § 3114; that just compensation for the taking be ascertained and awarded, and for such other relief as may be lawful.

Dated: May 4, 2016  Respectfully submitted,
Miami, Florida

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *s/Anthony Erickson-Pogorzelski*
ANTHONY ERICKSON-POGORZELSKI
Assistant United States Attorney
(Fla Bar No. 619884)
E-mail: Anthony.Pogorzelski@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel. No. (305) 961-9296
Fax No. (305) 530-7139
*Counsel for United States of America*

SCHEDULE "A"

EVERGLADES NATIONAL PARK

AUTHORITY FOR THE TAKING

The authority for the taking of the land is under and in accordance with the Act of Congress approved August 1, 1888, 25 Stat. 357, as amended, 40 U.S.C., sec. 3113; the Act of May 30, 1934, 48 Stat. 816, as amended, which authorized the establishment of Everglades National Park; the Act of December 13, 1989, 103 Stat. 1946, 16 U.S.C., sec. 410r-5, et seq., which expanded the boundaries of Everglades National Park; and the Land and Water Conservation Fund Act of 1965, 78 Stat. 897, as amended, 16 U.S.C., sec. 460l-4, et seq.; and under the authority of the Department of Interior and Related Agencies Appropriation Act, 2000, as enacted by section 1000 (a) (3) of the Consolidated Appropriations Act, 2000 (Public Law 106-113) and the Department of Interior and Related Agencies Appropriations Act, 2012, as enacted by section 413 of the Consolidated Appropriations Act, 2012 (Public Law 112-74), which Acts appropriated funds for such purpose.

PUBLIC USES

The public uses for which said land is to be taken are as follows:  The land is required to modify the boundaries of Everglades National Park and to provide for the protection of lands, waters, and natural resources within the park for the benefit and enjoyment of future generations.  The said land has been selected for acquisition by the United States of America for said purposes, and for such other uses as may be authorized by Congress or by Executive Order.

SCHEDULE "B"

EVERGLADES NATIONAL PARK

Tract 416-44

DESCRIPTION:

All that certain tract or parcel of land lying and being situated in the County of Miami-Dade, State of Florida, and being more particularly described as follows:

    Tallahassee Meridian
    Section 20, Township 55 South, Range 38 East,

    West 179.30 feet of East 383.60 feet of S1/2 N1/2 NW1/4 NW1/4 Less South 25 feet

    Containing 1.26 acres, more or less

Estimated compensation deposited in the Registry of the court for the above-described property is $2,800.00.

ESTATE TAKEN:

The fee simple title subject to: (a) all interests of the State of Florida or any political subdivision thereof; (b) oil, gas and mineral interests of record outstanding in third parties; (c) rights of others in and to a reservation of rights in phosphates, minerals, metals, and petroleum, contained in Deed, recorded in O.R.B. 33, Page 411, Miami-Dade County, Florida; (d) rights of others in and to a reservation of oil, gas, and mineral rights, contained in Deed, recorded in O.R.B. 5081, Page 671, Miami-Dade County, Florida; (e) rights of others in and to a right of way for public road, contained in Deed, recorded in O.R.B. 5081, Page 671, Miami-Dade County, Florida; and (f) existing easements for public roads and highways, public utilities, railroads, and pipelines.

SCHEDULE "C"

EVERGLADES NATIONAL PARK

TRACT 416-44

NAMES AND ADDRESSES OF PURPORTED OWNERS:

El Muneco Trust dated April 4, 2011, Aylsworth & Aylsworth, LLP, Trustee
Attn: Vestalia Aylsworth
12307 SW 143rd Lane
Miami, FL 33186

NAMES AND ADDRESSES OF OTHER PARTIES WHO MAY HAVE OR CLAIM AN INTEREST IN THE LAND:

Tax Collector
County of Miami-Dade
200 NW 2nd Avenue
Miami, Florida  33128
(by virtue of a possible lien for real property taxes)

# SCHEDULE "D"

## TRACT REGISTER

| DEED | | TRACT | OWNER | ACRES | INT. |
|---|---|---|---|---|---|
| PUR | | 416-01 | MCLEOD, ROBIN G., SR., ET AL | 2.8 | FEE |
| PUR | | 416-02 | GUERMES, ARMANDO, ET UX | 1.4 | FEE |
| PUR | | 416-03 | DOR CHA, INC | 1.4 | FEE |
| DT | 6394 | 416-04 | PRIETO, RODOLFO, ET AL | 1.4 | FEE |
| PUR | | 416-05 | DICK, ALFRED G., ET UX | 1.4 | FEE |
| PUR | | 416-06 | CABRERA, ROMUALDA | 2.79 | FEE |
| PUR | | 416-07 | FUCETOLA, JOSEPH | 2.79 | FEE |
| PUR | | 416-08 | SUN-RAND LAND CO, TR | 1.39 | FEE |
| PUR | | 416-09 | DOR CHA, INC | 1.39 | FEE |
| PUR | | 416-10 | LANDES, JO ANN | 1.26 | FEE |
| PUR | 6793 | 416-11 | JORGENSON, GEORGE F., ET UX | 1.26 | FEE |
| DT | 4380 | 416-12 | RYAN, CHARLES, ET AL | 1.26 | FEE |
| DT | 5454 | 416-13 | SUCO, MANUEL A., ET AL | 1.26 | FEE |
| PUR | 8317 | 416-14 | DOR CHA, INC | 1.26 | FEE |
| PUR | 8350 | 416-15 | KRAUK, JAMES M. | 2.52 | FEE |
| PUR | 8341 | 416-16 | DOR CHA, INC | 1.26 | FEE |
| PUR | | 416-17 | HERNANDEZ, OMAR D. | 2.51 | FEE |
| PUR | | 416-18 | EGAN, JAMES | 1.26 | FEE |
| PUR | 8336 | 416-19 | FRIGO, ENIO., ET AL | 2.51 | FEE |
| PUR | | 416-20 | SUN-RAND LAND CO, TR | 2.51 | FEE |
| PUR | 6831 | 416-21 | DI GIAMMATTEO, LUIGI, ET UX | 2.52 | FEE |
| PUR | 8337 | 416-22 | DOR CHA, INC | 1.26 | FEE |
| DT | 4381 | 416-23 | DEROSA, MARY, EST., ET AL | 1.26 | FEE |
| PUR | 6830 | 416-24 | TOBON, MARIA ELENA | 1.26 | FEE |
| PUR | 6828 | 416-25 | BRANDEBURG, JOHN D., ET AL | 1.26 | FEE |
| PUR | 8347 | 416-26 | ARAUJO F, ILDEMARO | 1.26 | FEE |
| PUR | 6933 | 416-27 | YAHIA, ROBERTO | 1.26 | FEE |
| PUR | 6941 | 416-28 | VINCENT, RAYMOND D., ET UX | 1.26 | FEE |
| PUR | 9606 | 416-29 | THOMAS, VERNON L. | 1.26 | FEE |
| PUR | 6827 | 416-30 | COUGHLIN, GEORGE P., ET UX | 1.26 | FEE |
| PUR | 6993 | 416-31 | JONES, MICHAEL S., ET UX | 2.51 | FEE |
| PUR | 7431 | 416-32 | DOR CHA, INC, ET AL | 1.26 | FEE |
| PUR | 8318 | 416-33 | DOR CHA, INC | 1.26 | FEE |
| PUR | 6826 | 416-34 | HAMILTON, ELLIS | 1.26 | FEE |
| PUR | | 416-35 | JACOBUS, KENNETH M., SR. ETAL | 1.26 | FEE |
| PUR | | 416-36 | JONES, MICHAEL S., ET UX | 1.26 | FEE |
| PUR | | 416-37 | SIERRA SUN RANCHES, INC. | 2.52 | FEE |
| PUR | | 416-38 | CUDWORTH, WILLIAM D., TR | 1.26 | FEE |
| PUR | | 416-39 | WARRINGTON, LINDA S. | 1.26 | FEE |
| TRA | 7181 | 416-40 | U.S.A. (ACOE) | 11.8 | FEE |
| PUR | | 416-41 | HERNANDEZ, OMAR D. | 1.26 | FEE |
| PUR | | 416-42 | NEW HAVEN HOLDING, INC, TR | 1.21 | FEE |
| DON | | 416-43 | FLORIDA, STATE OF (BTIITF) | 1.18 | FEE |
| UNACQ | | 416-44 | EL MUNECO TRUST | 1.26 | FEE |

**LEGISLATIVE SUMMARY**

AUTHORIZED:
P.L. 73-267, 48 Stat. 816, (May 30, 1934)
REVISIONS (Applicable to this map):
P.L. 101-229, 103 Stat. 1946, (December 13, 1989)

LEGEND

- PRIVATE LAND
- FEDERAL LAND (FEE)
- FEDERAL INTEREST (LESS THAN FEE)
- OTHER FEDERAL LAND
- PUBLIC LAND
- PUBLIC LAND (LESS THAN FEE)
- ACQUISITION DEFERRED
- 416-XXX TRACT NUMBER (FEE)
- 416-XXX TRACT NUMBER (LESS THAN FEE)
- TRACT BOUNDARY
- PARK BOUNDARY

GENERAL NOTES:
1. Property ownership data shown is compiled from deeds, plats, surveys, and other source data. This is not a surveying quality drawing and should be used for general scaling purposes only. Acreages have been derived from surveys and office compilations.
2. The Tract Register displays the current NPS interest or the interest to be acquired by the NPS. The OWNER column identifies who the NPS acquired the interest from or the last known owner of record. Parcels that the NPS has acquired and the method of acquisition are listed in the deed column. The symbology defined in the LEGEND identifies NPS owned lands on the map.
3. Tracts not listed have been deleted.
4. Florida State Plane Coordinate System, East Zone, NAD83, US Survey Foot.
5. Dashed tract symbol indicate tract label is located outside the boundary of the tract.

| DATE | REVISIONS | DATE | REVISIONS |
|---|---|---|---|

ESTABLISHED: December 13, 1989
BOUNDARY CHANGE: July 2, 2012
DATE OF PHOTOGRAPHY: December 12, 2014 - January 19, 2015
DATE DRAWN: January 2008
DATE REVISED: October 22, 2015

REGIONAL OFFICE: Land Acquisition Project Office, Naples, FL

North ½ of Northwest ¼
Section 20, Township 55 South, Range 38 East

0 100 200 300 400 FEET
1 Inch = 100 Feet

| | | | | | |
|---|---|---|---|---|---|
| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | 16 | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 30 | 29 | 28 | 27 | 26 | 25 |
| 31 | 32 | 33 | 34 | 35 | 36 |

TOWNSHIP DIAGRAM

N

NATIONAL PARK SERVICE

DN. BY: SBE CK. BY: TK
APPR. BY: TK
REGION: Southeast
DRAWING NO: 160 / 82,416
SHEET: 1 OF 1

UNITED STATES
DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
LAND RESOURCES PROGRAM CENTER

# EVERGLADES NATIONAL PARK

MIAMI-DADE COUNTY, FLORIDA

TITLE: SEGMENT 416

