**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-21588-GAYLES**

**UNITED STATES OF AMERICA,**
     **Plaintiff,**                        **TRACT NO. 416-44**
                                               **(EAST EVERGLADES)**

**v.**

**1.26 ACRES OF LAND, et al.,**
     **Defendants.**

_____ /

## JUDGMENT DETERMINING JUST COMPENSATION
## AND ORDER FOR DISBURSEMENT OF FUNDS

**THIS CAUSE** came before the Court for trial on May 1, 2017, to determine just compensation for the property interests taken.

It is hereby **ORDERED AND ADJUDGED** that, pursuant to the reasons stated in the Court's Findings of Fact and Conclusions of Law, just compensation in this case is $3,800.00. Judgment is hereby entered against the United States for $3,800.00.

Said sum shall be full and just compensation and in full satisfaction of any and all claims against the United States of America by reason of the institution and prosecution of this action and taking of the said property interest(s) and all appurtenances thereto belonging.

The said sum shall be subject to all real estate taxes, liens, and encumbrances existing against the said property at the time of vesting title in the United States of America. All encumbrances and charges shall be payable and deductible from the said sum.

### PROCEDURE FOR DISBURSEMENT

The Clerk of the Court is hereby ordered to disburse the said sums together with any interest accrued to the parties entitled thereto upon application to this Court and without further order of this Court, unless the United States files an objection within 10 days. A form for

Application for Withdrawal of Funds is attached to this Order. In the event that said sums together with any interest remain unclaimed for a period of at least five years from the date of this Order, the Clerk of the Court, pursuant to 28 U.S.C. § 2042, is ordered to cause said sums, together with any interest accrued thereon, to be deposited in the U.S. Treasury in the name and to the credit of the United States of America in trust for the use and benefit of any persons entitled thereto.

This case is **CLOSED**, and all pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of May, 2017.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE